--------------------------------------------------------------------------------

 TENTH COURT OF APPEALS

Chief Justice
 Tom Gray

Justice
 Rex D. Davis
 Al Scoggins

 McLennan County Courthouse
 501 Washington Avenue, Rm 415
 Waco, Texas 76701-1373
 Phone: (254) 757-5200 Fax: (254) 757-2822

 Clerk
 Sharri Roessler
 
 April 30, 2015
 
 
In accordance with the enclosed Opinion, below is the judgment in the numbered cause set out herein to be entered in the Minutes of this Court as of the 30[th] day of April, 2015.

10-13-00369-CV VERONICA NANCARROW v. WADE W. WHITMER, M.D. - ON APPEAL FROM THE 361[ST] DISTRICT COURT OF BRAZOS COUNTY - TRIAL COURT NO. 11-003427-CV-361 - REVERSED AND REMANDED - Opinion by Justice Davis:

"This cause came on to be heard on the transcript of the record of the Court below, and the same being considered, because it is the opinion of this Court that there was error in the judgment, it is ordered, adjudged and decreed by the Court that the judgment be reversed and the cause remanded in accordance with the opinion of this Court and that this decision be certified below for observance."